

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-30-2011

# USA v. Jose Lopez

Precedential or Non-Precedential: Precedential

Docket No. 10-1833

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"USA v. Jose Lopez" (2011). *2011 Decisions.* Paper 948.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/948

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

June 29, 2011

Nos. 10-1833, 10-2415, 10-2518 and 10-2519

United States of America

v.

Jose J. Lopez, Appellant

Appellant No. 10-1833

United States of America

v.

Pedro Esparza-Diaz, Appellant

Appellant No. 10-2415

United States of America

v.

Pedro Manuel Arrelucea-Zamudio, Appellant

Appellant No. 10-2518

United States of America

v.

Silvestre Brito-Hernandez, Appellant

Appellant No. 10-2519

(D.N.J. Nos. 09-cr-00623-1, 09-cr-00449-1, 08-cr-00136-1 and 08-cr-007811-1)

Present:        FISHER, JORDAN and COWEN, Circuit Judges.

1.        Motion by Appellant in 10-1833 to amend the opinion filed on 6/16/11

Respectfully,
Clerk/tyw

_____ORDER_____

The foregoing motion is granted.

By the Court,

*/s/ D. Michael Fisher*
Circuit Judge

Dated:        June 30, 2011
tyw/cc:        Lisa Van Hoeck, Esq.
Lisa E. Lewis, Esq.
Mark E. Coyne, Esq.
Caroline A. Sadlowski, Esq.
Jennifer H. Chin, Esq.
Steven G. Sanders, Esq.
Maggie F. Moy, Esq.